# 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| MARK MONDRAGON, o.b.o. D.M., a minor child, | |
| and | Case No. 25-2043 |
| SARAH MONTOYA, o.b.o L.M., a minor child, | |
| and | |
| ANGELA SALAZAR, o.b.o J.M., a minor child, | |
|    Appellees/Plaintiffs, | |
| vs. | |
| GEORGE ARCHULETA, in his individual capacity, | |
|    Appellant/Defendant, | |
| and | |
| RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION, | |
|    Defendant. | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of ____George Archuleta, in his individual capacity
[Party Name]

certifies[1] as follows:

☐ The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

XX There is no information to disclose pursuant to Fed. R. App. P. 26.1.

May 14, 2025_____
Date

/s/ Carlos M. Quiñones_____
Signature, Attorney for Appellant

1223 S. Saint Francis Drive, Ste. C, Santa Fe, NM 87505-4053
(505) 992-1515_____
Mailing Address and Telephone Number

quinoneslaw@cybermesa.com _____
E-Mail Address

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

XX All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On _____ I sent a copy of this Entry of Appearance, [date] Certificate of Interested Parties, and Disclosure Statement to:

_____
[name of party]
at_____,
[address]

the last known address/email address, by
_____.
[method of service]

Jason Bowles, Esq.
Bowles Law Firm
4811 Hardware Dr. NE, Ste. D-5
Albuquerque, NM 87109
(505) 217-2680
jason@bowles-lawfirm.com

and

Todd J. Bullion, Esq.
300 Central Ave. NW, Ste. 1000-E
Albuquerque, NM 87102
(505) 452-7674
toddjbullion@gmail.com
*Attorneys for Appellees/Plaintiffs*

Jerry A. Walz, Esq.
Alisha L. Walz, Esq.
Walz & Associates, P.C.
133 Eubank Blvd. NE
Albuquerque, NM 87123-2709

(505) 275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com
*Attorneys for Defendant Rio Rancho Public Schools Board of Education*


<u>May 14, 2025</u>_____
Date

<u>*/s/ Carlos M. Quiñones*</u>_____
Signature