UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

| | |
|---|---|
| MARK MONDRAGON, o.b.o. D.M., a minor child,<br><br>and<br><br>SARAH MONTOYA, o.b.o L.M., a minor child,<br><br>and<br><br>ANGELA SALAZAR, o.b.o J.M., a minor child,<br><br>    Appellees/Plaintiffs,<br><br>vs.<br><br>GEORGE ARCHULETA, in his individual capacity,<br><br>    Appellant/Defendant,<br><br>and<br><br>RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION,<br><br>    Defendant. | Case No. 25-2043 |

1

# ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

_____George Archuleta, in his individual capacity_____
[Party or Parties]

_____Appellant/Defendant_____,
in the above captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Carlos M. Quiñones, Esq._____ _____
Name of Counsel                               Name of Counsel

*/s/ Carlos M. Quiñones*_____
Signature of Counsel                          Signature of Counsel

1223 S. Saint Francis Drive, Ste. C, Santa Fe, NM 87505-4053
(505) 992-1515_____
Mailing Address and Telephone Number

quinoneslaw@cybermesa.com _____
E-Mail Address

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

[XX] The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. See 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

[ ]  There are no such parties/attorneys, or any such parties/attorneys that have already been disclosed to the court.

Defendant Rio Rancho Public Schools Board of Education
c/o Jerry A. Walz, Esq.
Alisha L. Walz, Esq.
Walz & Associates, P.C.

133 Eubank Blvd. NE
Albuquerque, NM 87123-2709
(505) 275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com

New Mexico Public Schools Insurance Authority
c/o Martin R. Esquivel, General Counsel
Esquivel & Howington, LLC
111 Lomas Blvd. NW, Ste. 203
Albuquerque, NM 87102
(505) 933-6880
mesquivel@esqlawnm.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on May 14, 2025 through the CM/ECF system, which caused the following to be served by electronic means, with additional copies provided by electronic mail to the following:

Jason Bowles, Esq.
Bowles Law Firm
4811 Hardware Dr. NE, Ste. D-5
Albuquerque, NM 87109
(505) 217-2680
jason@bowles-lawfirm.com

and

Todd J. Bullion, Esq.
300 Central Ave. NW, Ste. 1000-E
Albuquerque, NM 87102
(505) 452-7674
toddjbullion@gmail.com
*Attorneys for Appellees/Plaintiffs*

Jerry A. Walz, Esq.
Alisha L. Walz, Esq.
Walz & Associates, P.C.

133 Eubank Blvd. NE
Albuquerque, NM 87123-2709
(505) 275-1800
jerryawalz@walzandassociates.com
awalz@walzandassociates.com
*Attorneys for Defendant Rio Rancho Public Schools Board of Education*


 Electronically Filed */s/ Carlos M. Quiñones*
Carlos M. Quiñones, Esq.
Quiñones Law Firm LLC
1223 S. Saint Francis Drive, Ste. C
Santa Fe, NM 87505-4053
(505) 992-1658
quinoneslaw@cybermesa.com
*Attorney for Appellant/Defendant George Archuleta*