UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| | |
|---|---|
| Christopher M. Wolpert<br>Clerk of Court | Jane K. Castro<br>Chief Deputy Clerk |

May 16, 2025

Mr. Jason Bowles
Bowles Law Firm
P.O. Box 25186
Albuquerque, NM 87125-5186

Mr. Todd J. Bullion
Law Office of Todd J. Bullion
480 Lang Avenue Northeast, Suite 110
Albuquerque, NM 87109

Mr. Jerry A. Walz
Walz and Associates
133 Eubank Boulevard, NE, Suite 2
Albuquerque, NM 87123

**RE:** 25-2043, Mondragon, et al v. Archuleta
Dist/Ag docket: 1:21-CV-00427-KK-JMR, 1:21-CV-00648-KK-JMR, 1:21-CV-00751-KK-JMR

Dear Counsel:

You have failed to comply with the requirements of the Federal Rules of Appellate Procedure or Tenth Circuit Rules in the following respect:

An entry of appearance and certificate of interested parties has not been filed as required by 10th Cir. R. 46.1.

Please correct the stated deficiency within three days of the date of this notice if appellees intend to participate in this appeal. If they do not intend to participate in the appeal, please file a "notice of non-participation" with the court as soon as possible.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc: Carlos M. Quinones

CMW/klp