CIRCUIT MEDIATION OFFICE

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

May 16, 2025

Carlos M. Quinones, Esq.
Quinones Law Firm
1223 South Saint Francis Drive, Suite C
Santa Fe, NM  87505

Jason Bowles, Esq.
Bowles Law Firm
P.O. Box 25186
Albuquerque, NM  87125

Todd J. Bullion, Esq.
Law Office of Todd J. Bullion
480 Lang Avenue Northeast, Suite 110
Albuquerque, NM  87109

RE:  No. 25-2043 –Mark Mondragon, et al. v. George Archuleta

## MEDIATION CONFERENCE NOTICE

Dear Counsel:

Pursuant to Rule 33.1, Rules of the Tenth Circuit, a **TELEPHONE** mediation conference has been scheduled in this case for **Friday, May 30, 2025 at 10:00 AM**, **MOUNTAIN TIME**. This office will initiate the telephone conference. Please allow at least two hours for the conference.

The purposes of the conference are to explore any possibilities for settlement and to resolve procedural problems. Counsel are expected to have consulted with their clients prior to the conference and to have as much authority as feasible regarding settlement and case management matters.

Counsel addressed above are tentatively identified to be the attorneys with primary responsibility for this case. Our goal, however, is to secure the participation of the attorneys on whose judgment the clients rely when making decisions about settlement. Counsel are required to complete the attached **Mediation Contact Form within four business days of the date of this notice**.

Please contact this office **BY TELEPHONE IMMEDIATELY** if you need to have the conference rescheduled because of an unavoidable conflict.

Sincerely,

Denise McClure
Conference Administrator