CIRCUIT MEDIATION OFFICE
UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

BYRON WHITE UNITED STATES COURTHOUSE
1823 STOUT STREET
DENVER, COLORADO 80257

**DAVID W. AEMMER**
CHIEF CIRCUIT MEDIATOR

**KEVIN J. KINNEAR**
CIRCUIT MEDIATOR

TELEPHONE 303-844-6017
FACSIMILE 303-844-6437

May 20, 2025

Carlos M. Quinones, Esq.
Quinones Law Firm
1223 South Saint Francis Drive, Suite C
Santa Fe, NM  87505

Jason Bowles, Esq.
Bowles Law Firm
P.O. Box 25186
Albuquerque, NM  87125

Todd J. Bullion, Esq.
Law Office of Todd J. Bullion
480 Lang Avenue Northeast, Suite 110
Albuquerque, NM  87109

RE:  No. 25-2043 –Mark Mondragon, et al. v. George Archuleta

Dear Counsel:

    Pursuant to Rule 33.1, Rules of the Tenth Circuit, the deadline for filing the appellant's brief and the appendix is extended to **July 8, 2025**.

Sincerely,

*David W. Aemmer*

David W. Aemmer

DWA:dm