UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

| | |
|---|---|
| MARK MONDRAGON, o.b.o. D.M., a minor child, <br><br> and <br><br> SARAH MONTOYA, o.b.o L.M., a minor child, <br><br> and <br><br> ANGELA SALAZAR, o.b.o J.M., a minor child, <br><br>    Appellees/Plaintiffs, <br><br> vs. <br><br> GEORGE ARCHULETA, in his individual capacity, <br><br>    Appellant/Defendant, <br><br> and <br><br> RIO RANCHO PUBLIC SCHOOLS BOARD OF EDUCATION, <br><br>    Defendant. | Case No. 25-2043 |

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with 10th Cir. R. 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Mark Mondragon o/b/o D.M., Sarah Montoya o/b/o L.M., Angela Salazar o/b/o J.M.

[Party or Parties]

Appellees/Plaintiffs,
in the above captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Todd J. Bullion
Name of Counsel                          Name of Counsel

/s/ Todd J. Bullion
Signature of Counsel                     Signature of Counsel

4801 Lang Ave NE Suite 110 Albuquerque NM 87109
(505) 494-4656
Mailing Address and Telephone Number

todd@bullionlaw.com
E-Mail Address

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies as follows:

[ ] The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. See 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

[X] There are no such parties/attorneys, or any such parties/attorneys that have

already been disclosed to the court.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Entry of Appearance and Certificate of Interested Parties was served on May 21, 2025 through the CM/ECF system, which caused the following to be served by electronic means, with additional copies provided by electronic mail to the following:

Carlos M. Quiñones, Esq.
1223 S. Saint Francis Drive, Ste. C
Santa Fe, NM 87505-4053
505-992-1515
quinoneslaw@cybermesa.com

*Attorney for Appellant/Defendant*

Jerry A. Walz, Esq.
Alisha L. Walz, Esq.
Walz & Associates, P.C.

133 Eubank Blvd. NE
Albuquerque, NM 87123-2709
jerryawalz@walzandassociates.com
awalz@walzandassociates.com
Attorneys for Defendant Rio Rancho Public Schools Board of Education


Electronically Filed */s/ Todd J. Bullion*
Todd J. Bullion
4801 Lang Ave Ne.
Suite 110
Albuquerque, NM 87109
(505) 494-4656
todd@bullionlaw.com

*Attorney for Appellees/Plaintiffs Mark Mondragon o/b/o D.M., Sarah Montoya o/b/o L.M., Angela Salazar o/b/o J.M.*